**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

ALICE TURNER,

        Plaintiff,

vs.                                                                    CASE NO. 5:07cv09/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security,

        Defendant.
_____/

## **ORDER**

Before me is the Magistrate Judges Report and Recommendation (Doc. 26), which considers Plaintiff's Petition for Attorney's Fees (Doc. 20) under the equal access of Justice Act (Doc. 16).  Defendant has filed a response to confirm that he does not contest to the award of fees sought by Plaintiff (Doc. 24).

**IT IS ORDERED:**

1.      The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2.      Plaintiff's Petition for Attorney's Fees (Doc. 20) is granted.  Plaintiff's attorney Brian A. Dusseault is entitled to recover fees in the amount of $4,026.68 for work performed on Plaintiff's behalf in representing her before this court pursuant to 28 U.S.C. §2412 (EAJA); the amount of attorney fees requested under the EAJA is reasonable; and the Commissioner of Social Security is directed to pay Brian A. Dusseault the amount of $4,026.68.

3.      The clerk is directed to close the file.

**ORDERED** on June 24, 2008.


/S/ Richard Smoak_____
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**